UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SAMUEL L. RIDDLE, JR.

        Defendant.
_____/

CASE NO. 09-20295

HON. MARIANNE O. BATTANI

## ORDER STRIKING DEFENDANT'S NOTICE OF NEW ATTORNEY

Before the Court is Defendant's Notice of New Attorney (Doc. No. 31). On July 16, 2009, David Steingold entered his appearance as attorney on behalf of Defendant Sam Riddle, Jr. On October 27, 2009, Defendant filed a Notice of New Attorney, identifiying Richard Convertino. The Court notes that Steingold, a CJA appointment, continues to represent Defendant. Further, Convertino already has appeared in this matter as retained counsel for Riddle's co-defendant, Mary Waters.

A defendant has the right to represent himself *pro se* or to be represented by an attorney. United States v. Halbert, 640 F.2d 1000, 1009 (9th Cir. 1981). Defendant is not free to pick and choose which pleadings will be filed by his counsel of record and which he will file on his own behalf. Because Defendant is represented, the Court will not entertain *pro se* pleadings. See Vieira v. Wong, No. 05-cv-1492 (E. D. Cal. April 22, 2009).

Accordingly, the Court **STRIKES** the notice. Defendant is hereby advised that the Court will not accept further *pro se* filings. Further communication with the Court must be through his counsel of record.

**IT IS SO ORDERED.**

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2009

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt
Deputy Clerk