UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

            Criminal Nos. 09-20025, 09-20295

  Plaintiff,

v

SAMUEL RIDDLE, JR.,

  Defendant.

_____/

ORDER AMENDING BOND CONDITIONS

At a hearing held on December 23, 2009 the Court added the following additional bond conditions:

1) Defendant shall have no contact with Mary Waters in any way, direct, e-mail, or indirect through third parties.

2) Defendant shall have a curfew imposed daily from 9:00 p.m. to 7:00 a.m.

3) Defendant shall reside with his mother in Flint and not enter Wayne County.

4) Defendant shall not consume any alcohol and controlled substances. He may take medicines prescribed by a physician for his heart condition.

5) Defendant shall report on a daily basis to the Pretrial Services Offices in Flint and undergo drug and alcohol testing on a daily basis.

6) Defendant shall not be in possession of any firearms, nor in a place where firearms are located.

7) Defendant shall seek prior approval from Pretrial Services if he needs to enter Wayne County to see a physician.

8) Defendant shall undergo mental health treatment, and thereafter any mental health

treatment recommended by Pretrial Services.

SO ORDERED.

                                          S/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  December 23, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 23, 2009.

                                          S/Denise Goodine
                                          Case Manager