**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,                                Case Number: 09-20295

v.                                                    HON. MARIANNE O. BATTANI

SAMUEL RIDDLE, JR., and MARY
WATERS,

        Defendants.
                                         /

## **MEMORANDUM REGARDING CONFLICTS OF INTEREST**

This matter is before the Court on the government's motion requesting a hearing regarding conflicts of interest and possible attorney disqualification. In its motion, the government expresses concern that Defendant Mary Waters' counsel in this case, Richard Convertino, recently appeared on behalf of Defendant Samuel Riddle, Jr. in a separate case ("Detroit Case"). Although Convertino has appeared on behalf of Riddle in the Detroit Case, John McManus currently represents Riddle in this case.

This Court and the judge assigned to the Detroit Case held a joint hearing on the government's motion. (See doc. 50). At this hearing, both Riddle and Waters sought to waive their constitutional right to conflict-free representation. Following this hearing, the government expressed its belief that Waters voluntarily, knowingly, and intelligently waived her right to conflict-free representation. The Court agrees. Thus, Convertino may continue representing Waters in this case.

**IT IS SO ORDERED.**

                                            s/Marianne O. Battani
                                            MARIANNE O. BATTANI
                                            UNITED STATES DISTRICT JUDGE

Dated: April 5, 2010


**CERTIFICATE OF SERVICE**

     Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

                                            s/Bernadette M. Thebolt
                                            Case Manager