# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

SAMUEL L. RIDDLE, JR. (D-2), and MARY WATERS (D-3),

    Defendant(s).
_____/

CASE NUMBER: 09-20295

HON. MARIANNE O. BATTANI

## COURT DETERMINATION AND ORDER DENYING DEFENDANT SAM RIDDLES' MOTION FOR HEARING PURSUANT TO KASTIGAR V. UNITED STATES AND MOTION TO CONTINUE SENTENCING

Pursuant to Fed. R. Crim. P. 32(i)(3)(B), the Court has reviewed Defendant Sam Riddle's Motion for Hearing Pursuant to Kastigar v. United States and Motion to Continue Sentencing (Doc. No. 107), and his Sentencing Memorandum (Doc. No. 109), which contain objections to the Presentence Investigation Report. The Court also has reviewed the Government's Response to Defendant Riddle's Motion for Kastigar Hearing and to Continue Sentencing (Doc. No. 108) and its Sentencing Memorandum (Doc. No. 106). In accordance with Rule 32(i)(3)(B), the Court has determined "that a ruling on the objections is unnecessary" because it "will not affect sentencing."

Accordingly, Riddle's motion is **DENIED.**

                                                        s/Marianne O. Battani
                                                        U.S. District Court Judge

## CERTIFICATE OF SERVICE

      Copies of this Order were mailed and/or electronically filed to counsel of record on this date.

<u>s/Bernadette M. Thebolt</u>
Case Manager