# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL RIDDLE, JR., and MARY WATERS,

    Defendants.
_____/

Case Number: 09-20295

HON. MARIANNE O. BATTANI

## ORDER DENYING DEFENDANT SAMUEL L. RIDDLE JR.'S MOTION TO WITHDRAW PLEA

This matter is before the Court on Defendant Samuel L. Riddle, Jr.'s Motion to Withdraw Plea (Doc. No. 118). Riddle pleaded guilty to conspiring to commit bribery and extortion, and filing false tax returns on May 20, 2010, pursuant to a Rule 11 Plea Agreement.

Rule 11 of the Federal Rules of Criminal Procedure governs pleas. Rule 11(e) reads, "After the court imposes sentence, the defendant may not withdraw a plea of guilty. . .and the plea may be set aside only on direct appeal or collateral attack." FED. R. CRIM. P. 11(e).

On October 6, 2010, the Court sentenced Riddle to imprisonment for a term of thirty-seven months. The Judgment was filed October 7, 2010. Given the clear language of Rule 11(e), and the fact that this Court sentenced Riddle before the motion was filed, the Court **DENIES** Riddle's motion.

**IT IS SO ORDERED.**

                                        s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE

Dated: October 20, 2010

## CERTIFICATE OF SERVICE

     Copies of this Order were served upon counsel of record and Samuel Riddle, Jr. on this date by ordinary mail and electronic filing.

                                        s/Bernadette M. Thebolt
                                        Case Manager