UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT DETROIT



DEC 1 4 2010

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA

            Plaintiff,

v.

SAMUEL L. RIDDLE, JR

            Defendant.

_____/

Case No. 09-CR-20295

HONORABLE MARIANNE O. BATTANI

## ORDER

**IT IS HEREBY ORDERED** that Samuel L. Riddle's Motion for Temporary Release is

GRANTED. Mr. Riddle shall be released by the United States Marshal Service and the St. Clair

County Jail to the third-party custody of his brother, Thomas E. Riddle at 8:00 am on Friday,

December 17, 2010. Mr. Riddle shall return to the St. Clair County jail not later than 11:00 am

on Saturday, December 18, 2010. Mr. Riddle may attend the following events:

1. Friday, December 17, 2010, at 11:00 am, family hour at Mt. Olive Church, 424 E.
   Kennelworth Ave, Flint, Michigan.

2. Friday, December 17, 2010 at Noon, Church services at Mt. Olive Church.

3. Internment at approximately 2:00 pm, Friday, December 17, 2010 at the River Rest
   Cemetary, G-4413 Flushing Rd. Flint, MI.

4. Private family wake at the home of Samson and Terri Brunson, 1214 Lillian Dr., Flint,
   MI, 5:00 pm to 8:00 pm, Friday, December 17, 2010.

5. Remain at the home of Samsun and Terri Brunson, 1214 Lillian Dr., Flint, MI until his
   direct return to the St. Clair County Jail on Saturday, December 18, 2010.

It is further ORDERED that as a condition of his release, MR. Riddle:

1. Will not violate any laws of any jurisdiction (federal, state, or local).

2. If Mr. Riddle fails to return at the designated time, he will be in contempt of court and subject to prosecution for escape.

3. Will not deviate from the proposed schedule as set forth above without permission.

4. Is to remain in the custody of Thomas E. Riddle the entire time of his release.

5. Will not purchase, possess, use, consume, or administer any narcotic drugs, marijuana, or intoxicants in any form.

6. Will not use any medication that is not prescribed to him.

7. Will not be in possession of any firearm or dangerous weapon.

8. Will not get married, sign any legal papers, contracts, loan applications, or conduct any business without the express consent of this Court.

9. Will not drive or operate any motor vehicle.

10. Will be subject to search and/or urinalysis, breathalyzer, or other comparable tests at any time and upon return to the St. Clair County Jail.

11. Will not consume any food or beverage that contains poppy seeds.

12. Additional:

SO STIPULATED.

s/Robert Cares

IT IS SO ORDERED.

Dated: DEC 1 4 2010

By: HON. MARIANNE O. BATTANI
District Court Judge